**United States Bankruptcy Court**
**Central District of Illinois**

**IN RE:**                                                    Case No. _____

**Kibort, Scott A & Kibort, Patricia N**                       Chapter **7**

                                         Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **September 28, 2010**      Signature: */s/ Scott A. Kibort*
                                                    **Scott A. Kibort**                                                    Debtor

Date: **September 28, 2010**      Signature: */s/ Patricia N Kibort*
                                                    **Patricia N Kibort**                                       Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Acute Care Specialists
PO Box 366
Hinsdale, IL  60522


Advanced Call Center Technologies LLC
Bank Of America
PO Box 8457
Gray, TN  37615-0457


Adventist GlenOaks Hospital
PO Box 1965
Southgate, MI  48195-0965


Bank Of America
P.O.Box 15019
Wilmington, DE  19886


Bank Of America
P.O.Box 15026
Wilmington, DE  19850-5026


Capital One Bank
P.O. Box 6492
Carol Stream, IL  60197-6492


Cardmember Services/Chase Bank
United Mileage Plus
PO Box 15153
Wilmington, DE  19886-5153


Center For Sports Orthopaedics
1585 N. Barrington - 101
Hoffman Estates, IL  60169
```

```
Central DuPage Hospital
25 N Winfield Road
Winfield, IL  60190-1295


Chase Bank
P.O. Box 15548
Wilmington, DE  19886-5548


Chase Home Finance
HELOC Loan #2 On House
PO Box 9001020
Louisville, KY  40290-1020


Citi Mortgage
Mortgage #1 On House
P.O. Box 183040
Columbus, OH  43218-3040


Citibank (South Dakota), N.A.
Client Services Inc./AT&T Universal Card
PO Box 6500
Sioux Falls, SD  57117-6500


Client Services Inc.
Citibank
PO Box 1503
St. Peters, MO  63376


Credit Card Center/Exxon Mobile
Exxon Mobil
PO Box 688940
Des Monines, IA  50368-8940


Discover
P.O. Box 6103
Carol Stream, IL  60197
```

```
Dr. Stuart Morgenstein
503 D Thornhill Drive
Carol Stream, IL  60188-2780


DuPage Cardiology Group
777 Oakmont Lane, Ste. 1600
Westmont, IL  60559


DuPage Pathology Associates
520 E. 22nd Street
Lombard, IL  60148


FIA Card Services
P.O. Box 15720
Wilmington, DE  19850-5720


Fifth Third Bank
PO Box 740789
Cincinnati, OH  45274-0789


Glendale Family Practice
Dr. Pinney
PO Box 7001
Bolingbrook, IL  60440-7001


GlenOaks Cardiology
PO Box 7000
Bolingbrook, IL  60440-7000


Global Credit & Collection Corp.
Citibank (South Dakota), N.A.
300 International Drive   Box 201
Williamsville, NY  14221
```

```
H & R Acoount, Inc
Central Dupage Hospital
PO Box 3672
Moline, IL  61266-0672


Healthport
PO Box 409900
Atlant, GA  30384-9900


Hinsdale Bank & Trust Co
Loan On Saturn
PO Box 24029
Fort Worth, TX  76124


Malcolm S. Gerald & Associates, Inc.
Adventist Glen Oaks Hospital
332 S. Michigan Ave., Ste. 600
Chicago, IL  60604


Merchants Credit Guide
Glendale Family Practice
223 W. Jackson Blvd
Chicago, IL  60606


Midwest Pulmonary Associates
2340 S. Highland Ave #230
Lombard, IL  60148


Penncro Assoiates
FIA Card Services
PO Box 538
Oaks, PA  19456


Progressive Eye Care
Keynote Consulting
220 West Campus Dr., #102
Arlington Heights, IL  60004-1498
```

Sleep Med
60 Chastain Center Blvd., Ste. 66
Kennesaw, GA   30144


Stratford Family Physicians
P.O. Box 7001
Bolingbrook, IL   60440


Suburban Lung Associates
PO Box 2776
Carol Stream, IL   60132-2776


Willis
233 South Wacker Drive -WASC
Chicago, IL   60606